UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 23-cv-00745-WWB-LHP

QAMAR LEWIS and REGINALD MARSHALL-HOWARD
        Plaintiff(s),

v.

OPG SECURITY LLC

        Defendants.

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

\_\_\_\_\_  IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

X  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: April 24, 2023

Respectfully submitted,

**/s Brandon J. Gibson**
Brandon J. Gibson, Esq.
Fla. Bar No.: 0099411
bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste 200
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who is not authorized to receive electronically Notices of Electronic Filing.

By: /s/ ***Brandon J. Gibson***
BRANDON J. GIBSON, ESQ.

## SERVICE LIST
**QAMAR LEWIS and REGINALD MARSHALL-HOWARD v. OPG SECURITY LLC**
CASE NO. 23-cv-00745-

**United States District Court, Middle District of Florida**

BRANDON J. GIBSON, ESQ.
E-mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd., Ste. 200
Ft. Lauderdale, FL 33309
Telephone: (954) 370-5152
Fax: (954) 370-1992
*Counsel for Plaintiffs*