UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 23-cv-00745-WWB-LHP

QAMAR LEWIS and REGINALD
MARSHALL-HOWARD
       Plaintiff(s),

v.

OPG SECURITY LLC

       Defendants.

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, QAMAR LEWIS and REGINALD MARSHALL-HOWARD, make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    **None**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    **Not Applicable**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **QAMAR LEWIS;**

    b. **REGINALD MARSHALL-HOWARD**

    c. **RTRLAW and any of its associates or co-counsel who files an appearance;**

    d. **Brandon J. Gibson, Esq.;**

    e. **The Defendant; and**

    f. **The attorney(s) for the Defendant**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **Unknown**

6. Identify each person arguably eligible for restitution:

   a. **Qamar Lewis**

   b. **Reginald Marshall-Howard**

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

**/s Brandon J. Gibson**
Brandon J. Gibson, Esq.
Fla. Bar No.: 0099411
bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste 200
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who is not authorized to receive electronically Notices of Electronic Filing.

By: /s/ ***Brandon J. Gibson***
    BRANDON J. GIBSON, ESQ.

## SERVICE LIST
### QAMAR LEWIS and REGINALD MARSHALL-HOWARD v. OPG SECURITY LLC
CASE NO. 23-cv-00745-

### United States District Court, Middle District of Florida

BRANDON J. GIBSON, ESQ.
E-mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd., Ste. 200
Ft. Lauderdale, FL 33309
Telephone: (954) 370-5152
Fax: (954) 370-1992
*Counsel for Plaintiffs*

4