UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

QAMAR LEWIS and REGINALD MARSHALL-HOWARD,

    Plaintiffs,

v.    Case No.: 6:23-cv-745-WWB-LHP

OPG SECURITY LLC,

    Defendant.

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on May 5, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record