# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

QAMAR LEWIS and REGINALD MARSHALL-HOWARD,

      Plaintiffs,

v.                                              Case No:   6:23-cv-745-WWB-LHP

OPG SECURITY LLC,

      Defendant

---

## ORDER TO SHOW CAUSE

This cause comes before the Court on review of the file.[1] Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiffs filed their complaint on April 24, 2023. Doc. No. 1. More than ninety (90) days have passed since the filing of Plaintiffs' complaint, but Plaintiffs have not filed proof of service on Defendant.

---

[1] This matter has been referred to the undersigned for case management. Doc. No. 8.

Accordingly, it is **ORDERED** that on or before **August 8, 2023**, Plaintiffs shall show cause in writing why this matter should not be dismissed for failure to timely effect service. Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties