UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 23-cv-745-WWB-LHP

QAMAR LEWIS and REGINALD
MARSHALL-HOWARD

   Plaintiff,

     v.

OPG SECURITY LLC

   Defendants,
_____/

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, QAMAR LEWIS and REGINALD MARSHALL HOWARD ("Plaintiff"), through the undersigned counsel, pursuant to this Court's Order [D.E. 9], files this response to the Court's Order to Show Cause why the complaint should not be dismissed for failure to timely effect service and file the appropriate response to the Court's Order, and in support allege as follows:

1. On April 24, 2023, Plaintiffs filed their operative Complaint alleging violations of the overtime provision of the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement) ("the Act"). [D.E.

1].

2. Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

3. Accordingly, the Defendant was to be served on, or before, July 24, 2023.[1]

4. On, or about April 25, 2023, the undersigned sent a copy of the filed Complaint and the Summons issued by the clerk to a process server for service.

5. On the first attempt at service to the location of the registered agent listed on sunbiz.org the server found that the location was a "virtual office and no one is in to accept for the business OPG Security LLC." *See* Exhibit A

6. The process server attempted to perfect service multiple service to no avail.

---

[1] Ninety-days from the date of the Complaint is July 23, 2023, but since it falls on a weekend the deadline is Monday, July 24, 2023

7. Eventually, the undersigned enlisted the help of an alternate investigator/process server, who perfected service on, or about July 7, 2023. *See* ROS attached hereto as exhibit B.

8. A copy of the return of service will be filed concurrently with this response.

9. The undersigned has been out of the country since July 26, 2023, and just returned to the office today, August 7, 2023.

10. Because the Defendant has not filed any papers in response, a motion for Clerk's default will be filed in this matter.

11. Plaintiffs were diligent in their efforts to serve the Defendant and did in fact serve Defendant before the expiration of the 90-day time frame.

**WHEREFORE,** Plaintiff requests that this Court does not dismiss the present action and allow the case to proceed forward.

Dated: August 7, 2023.

Respectfully submitted,

**s/Brandon Gibson**
Brandon Gibson (FBN: 99411)
E-mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste. 200
Ft. Lauderdale, Florida 33309
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Plaintiff(s)*

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Brandon J. Gibson**

# SERVICE LIST
## QAMAR LEWIS, et al. v. OPG SECURITY LLC
## Case No.: 23-cv-745-WWB-LHP
## United States District Court, Middle District of Florida

Brandon J. Gibson
E-Mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste. 200
Ft. Lauderdale, Florida 33309
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Plaintiff*