# Brandon Gibson Esq.

| | |
|---|---|
| **From:** | S&S Legal Services, Inc. <sslegalservice@gmail.com> |
| **Sent:** | Friday, April 28, 2023 3:40 PM |
| **To:** | Brandon Gibson Esq. |
| **Cc:** | Karen Huaco |
| **Subject:** | Re: Lewis, et al. v. OPG Security |

Hello, TGIF. Here is an update on summons to OPG Security.
My server was out to serve this summons today and found that this is a virtual office and no one is in to accept for the business OPG Security LLC.   There is a front desk receptionist, however with this being a federal summons not sure you want us to serve the virtual office/not even sure we can.
Please advise..

On Tue, Apr 25, 2023 at 3:14 PM Brandon Gibson Esq. <bgibson@rtrlaw.com> wrote:

Please serve

Regards,

**Brandon J. Gibson, Esq. | Attorney**



Email: bgibson@rtrlaw.com

Fort Lauderdale: 954-370-5152 | Toll-free: 1-833-HIRE-RTR

Fax: 954-370-1992

http://www.rtrlaw.com

Ft. Lauderdale | Orlando | Kissimmee | Lake Worth | Jacksonville | Miami | Tampa



This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. RTRLaw is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

--
S&S Legal Services, Inc.
6586 Hypoluxo Rd. #312,
Lake Worth, FL 33467
sslegalservice@gmail.com

Chris Scudder
561.351.3310