## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:23-CV-00745-
WWB-LHP

Plaintiff:
**QAMAR LEWIS and REGINALD
MARSHALL-HOWARD**

vs.

Defendant:
**OPG SECURITY LLC**



LTN2023004585

For:
RTRLAW
3333 W. COMMERCIAL BLVD
SUITE 200B
FORT LAUDERDALE, FL 33309

Received by LIGHTNING LEGAL COURIERS on the 30th day of June, 2023 at 2:59 pm to be served on
**OPG SECURITY LLC C/O DUANE S. BROOM II, 111 N. ORANGE AVE, SUITE 800, ORLANDO, FL
32801.**

I, DYLAN STEELE, do hereby affirm that on the **7th day of July, 2023** at **1:50 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **Jane Doe,** a
person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **111 N. ORANGE AVE,
SUITE 800, ORLANDO, FL 32801**; the only address known after reasonable investigation and after
determining that the person or business to be served maintains a mailbox at this location, in compliance
with State Statutes.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 175, Hair:
Black, Glasses: N

I do hereby acknowledge that I am a Sheriff Appointed Process Server, in the county in which service was
effected, in accordance with Florida Statutes, I am over the age of 18, and have no interest in the above
action, pursuant to F.S. 92.525(2). Under penalties of perjury, I declare that I have read the forgoing
affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

**DYLAN STEELE**
410

**LIGHTNING LEGAL COURIERS
9280 SW 64TH STREET
MIAMI, FL 33173
(786) 286-4167**

Our Job Serial Number: LTN-2023004585

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m