# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

QAMAR LEWIS and REGINALD MARSHALL-HOWARD,

    Plaintiffs,

v.                                  Case No:   6:23-cv-745-WWB-LHP

OPG SECURITY LLC,

    Defendant

## ORDER

On July 25, 2023, the Court issued an Order to Show Cause directing Plaintiffs to show cause why this matter should not be dismissed for failure to timely effect service pursuant to Federal Rule of Civil Procedure 4(m). Upon consideration of Plaintiffs' response (Doc. No. 10), and that proof of timely service on Defendant has now been filed (Doc. No. 11), the Order to Show Cause (Doc. No. 9) is hereby **DISCHARGED**.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2023.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties