UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 23-cv-745-WWB-LHP

QAMAR LEWIS and REGINALD
MARSHALL-HOWARD

      Plaintiff,

        v.

OPG SECURITY LLC
      Defendants,

_____/

## MOTION CLERK'S ENTRY OF DEFUALT AGAINST DEFENDANT TGI FRIDAY'S INC.

The Plaintiffs QAMAR LEWIS and REGINALD MARSHALL=HOWARD ("Plaintiffs") through her undersigned counsel, hereby requests the Clerk of Courts to enter default against Defendant OPG SECURITY LLC ( "Defendant"), for failure to answer or plead in said action as required by law, and in support thereof alleges:

1.     On April 24, 2023, Plaintiffs filed their operative Complaint alleging violations of the overtime provision of the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement) ("the Act"). [D.E. 1]..

2.     Defendant was served with process on, or about July 7, 2023.  *See* affidavit or process server, attached hereto as Exhibit "A."

3.     Pursuant to Fed. R. Civ. P. 12, Defendant must serve Plaintiff with an answer or motion within 21 days after service of summons or be subject to a default.

4.     Accordingly, Defendant's response was due on, or before July 28, 2023. To date, Defendant has failed to answer or otherwise plead in this matter.

WHEREFORE, Plaintiffs QAMAR LEWIS and REGINALD MARSHALL=HOWARD, requests the Clerk of Court to enter default against Defendant OPG SECURITY LLC.


Dated: August 7, 2023.

Respectfully submitted,

**s/Brandon Gibson**
Brandon Gibson (FBN: 99411)
E-mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste. 200
Ft. Lauderdale, Florida 33309
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Brandon J. Gibson**

## SERVICE LIST
### QAMAR LEWIS, et al. v. OPG SECURITY LLC
### Case No.: 23-cv-745-WWB-LHP
### United States District Court, Middle District of Florida

Brandon J. Gibson
E-Mail: bgibson@rtrlaw.com
RTRLAW
3333 W. Commercial Blvd, Ste. 200
Ft. Lauderdale, Florida 33309
Telephone: (954) 370-5152
Facsimile: (954) 370-1992
*Counsel for Plaintiff*