# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:23-CV-00745-WWB-LHP

Plaintiff:
**QAMAR LEWIS and REGINALD MARSHALL-HOWARD**

vs.

Defendant:
**OPG SECURITY LLC**

LTN2023004585

For:
RTRLAW
3333 W. COMMERCIAL BLVD
SUITE 200B
FORT LAUDERDALE, FL 33309

Received by LIGHTNING LEGAL COURIERS on the 30th day of June, 2023 at 2:59 pm to be served on **OPG SECURITY LLC C/O DUANE S. BROOM II, 111 N. ORANGE AVE, SUITE 800, ORLANDO, FL 32801.**

I, DYLAN STEELE, do hereby affirm that on the **7th day of July, 2023** at **1:50 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: Jane Doe, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **111 N. ORANGE AVE, SUITE 800, ORLANDO, FL 32801**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 175, Hair: Black, Glasses: N

I do hereby acknowledge that I am a Sheriff Appointed Process Server, in the county in which service was effected, in accordance with Florida Statutes, I am over the age of 18, and have no interest in the above action, pursuant to F.S. 92.525(2). Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

DYLAN STEELE
410

LIGHTNING LEGAL COURIERS
9280 SW 64TH STREET
MIAMI, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2023004585