

# Detail by Entity Name

Florida Limited Liability Company
OPG SECURITY LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L17000062575 |
| **FEI/EIN Number** | 82-1597926 |
| **Date Filed** | 03/20/2017 |
| **Effective Date** | 03/17/2017 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

111 N orange Ave
#800
Orlando, FL 32801

Changed: 03/02/2020

### Mailing Address

111 N orange Ave
#800
Orlando, FL 32801

Changed: 03/02/2020

### Registered Agent Name & Address

BROOM, DUANE S, II
111 N orange Ave
#800
Orlando, FL 32801

Address Changed: 03/02/2020

### Authorized Person(s) Detail

**Name & Address**

Title MGR

BROOM, DUANE S, II

111 N orange Ave
#800
Orlando, FL 32801

<u>Annual Reports</u>

| Report Year | Filed Date |
|---|---|
| 2021 | 04/30/2021 |
| 2022 | 04/30/2022 |
| 2023 | 04/30/2023 |

<u>Document Images</u>

| | |
|---|---|
| 04/30/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2020 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2017 -- Florida Limited Liability | View image in PDF format |