# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

QAMAR LEWIS and REGINALD MARSHALL-HOWARD,

    Plaintiffs,

v.        Case No:   6:23-cv-745-WWB-LHP

OPG SECURITY LLC,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW THE MOTION FOR DEFAULT AND ADDITIONAL TIME TO PERFECT SERVICE (Doc. No. 15)**
>
> **FILED: August 22, 2023**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Plaintiffs to effect service of process on Defendant, and to file proof thereof with the Court, is extended up to and including **October 6, 2023**.

*See* Fed. R. Civ. P. 4(m). Failure to comply may result in dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2023.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties