# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| QAMAR LEWIS and REGINALD MARSHALL-HOWARD <br><br> *Plaintiff(s)* <br><br> v. <br><br> OPG SECURITY LLC and DUANE S. BROOM II <br><br> *Defendant(s)* | Civil Action No. 23-cv-745-WWB-LHP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

DUANE S. BROOM II
13121 COG HILL WAY
ORLANDO, FL 32828-8843

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon J. Gibson
RTRLAW
3333 W. Commercial Blvd, Ste. 200
Ft. Lauderdale, Florida 33309
Telephone: (954) 370-5152

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lisa Silvia

Date: September 6, 2023

*Signature of Clerk or Deputy Clerk*