**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

QAMAR LEWIS and REGINALD
MARSHALL-HOWARD,

       Plaintiffs,

v.                                                      Case No:   6:23-cv-745-WWB-LHP

OPG SECURITY LLC and DUANE S
BROOM II,

       Defendants

---

**ORDER TO SHOW CAUSE**

This cause comes before the Court on review of the file.[1] Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiffs filed their complaint on April 24, 2023. Doc. No. 1. By prior Order, the Court extended the deadline for Plaintiffs to effect service of process and to file proof thereof through October 6,

---

[1] This matter has been referred to the undersigned for case management. Doc. No. 8.

2023. Doc. No. 16. Plaintiffs filed an amended complaint on September 5, 2023, Doc. No. 17, but Plaintiffs have failed to comply with the October 6, 2023 deadline for filing proof of service. *See also Uppal v. Wells Fargo Fin.*, No. 8:19-cv-2319-T-36TGW, 2020 WL 7419587, at *1 (M.D. Fla. Apr. 3, 2020) ("Generally, the period of time for service of process in a federal proceeding runs from the date of the original complaint and not the amended complaint . . . . Indeed, [f]iling an amended complaint does not toll the Rule 4(m) service period and thereby provide an additional 90 days for service." (quotation marks and citations omitted)). And simply filing proposed summonses on October 10, 2023 without explanation also does not toll the service period. *See* Doc. No. 19.

Accordingly, it is **ORDERED** that on or before **October 18, 2023**, Plaintiffs shall show cause in writing – with citation to applicable legal authority – why this matter should not be dismissed for failure to timely effect service. Fed. R. Civ. P. 4(m). Such response must include proof of service on Defendants on or before the service deadline of October 6, 2023.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties