# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 23-CV-745-WWB-LHP

Plaintiff:
**QAMAR LEWIS AND REGINALD MARSHALL-HOWARD**

vs.

Defendant:
**OPG SECURITY LLC AND DUANE S. BROOM II**

LTN2023006873

For:
RTRLAW
3333 W. COMMERCIAL BLVD
SUITE 200B
FORT LAUDERDALE, FL 33309

Received by LIGHTNING LEGAL COURIERS on the 7th day of September, 2023 at 9:42 am to be served on **DUANE S. BROOM II, 13121 COG HILL WAY, ORLANDO, FL 32828**

I, DYLAN STEELE, do hereby affirm that on the **6th day of October, 2023 at 12:49 pm, I:**

**NON-SERVED** the **Summons and Amended Complaint** for the reason that I failed to find **DUANE S. BROOM II** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
9/12/2023 10:37 am Attempted service at 13121 COG HILL WAY, ORLANDO, FL 32828, Unknown at address per current resident, white female, 30, red hair, European accent, who stated she has lived here for about two years. Fl tag 94D ITC

I do hereby acknowledge that I am a Sheriff Appointed Process Server, in the county in which service was effected, in accordance with Florida Statutes, I am over the age of 18, and have no interest in the above action, pursuant to F.S. 92.525(2). Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true. No Notary required Pursuant to F.S. 92.525 (2)

DYLAN STEELE
410

LIGHTNING LEGAL COURIERS
9280 SW 64TH STREET
MIAMI, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2023006873

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m