# VERIFIED RETURN OF SERVICE

**State of Florida**                                                  **County of Middle**

Case Number: 23-CV-745-WWB-LHP

**Plaintiff:**
**QAMAR LEWIS AND REGINALD MARSHALL-HOWARD**

LTN2023007691

vs.

**Defendant:**
**OPG SECURITY LLC AND DUANE S. BROOM II**

For:
RTRLAW
3333 W. COMMERCIAL BLVD
SUITE 200B
FORT LAUDERDALE, FL 33309

Received by LIGHTNING LEGAL on the 11th day of October, 2023 at 12:35 pm to be served on **OPG SECURITY LLC C/O DUANE S, BROOM II, 111 N. ORANGE AVE, SUITE 800, ORLANDO, FL 32801**

I, Brock Jansen, do hereby affirm that on the **12th day of October, 2023** at **11:20 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **AMANDA DOE (REFUSED LAST NAME)** as **CO-RESIDENT/GIRLFRIEND** at the address of: **13121 COG HILL WAY, ORLANDO, FL 32828**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Brock Jansen
CPS #360

LIGHTNING LEGAL
9280 SW 64th Street
Miami, FL 33173

Our Job Serial Number: LTN-2023007691

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: