**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

QAMAR LEWIS and REGINALD
MARSHALL-HOWARD,

       Plaintiffs,

v.                                     Case No:   6:23-cv-745-WWB-LHP

OPG SECURITY LLC and DUANE S
BROOM II,

       Defendants

---

**ORDER**

On October 11, 2023, the Court issued an Order to Show Cause directed to Plaintiffs regarding the failure to comply with the October 6, 2023 deadline for filing proof of service.   Doc. No. 20.   Upon review of Plaintiffs' response (Doc. No. 22), the Order to Show Cause (Doc. No. 20) is hereby **DISCHARGED**.   Plaintiffs shall have **thirty (30) days** from the date of this Order to perfect service of process and file proof thereof, or to file a motion regarding existing service as they deem appropriate.   **This deadline will not be extended.**

**DONE** and **ORDERED** in Orlando, Florida on October 19, 2023.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties