UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

QAMAR LEWIS and REGINALD MARSHALL-HOWARD

Case No: 23-cv-745-WWB-DIC

    Plaintiffs,

v.

OPG SECURITY LLC and
DUANE S. BROOM II

    Defendants.
_____/

### THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO EXCHANGE RECORDS AND INCORPORATED MEMORANDUM OF LAW

Plaintiffs Qamar Lewis and Reginald Marshall-Howard and Defendants OPG Security LLC and Duane S. Broom II, through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and this Court's Scheduling Order (Doc. 32 at ¶ 13), respectfully asks this Court for an extension of time, through and including January 11, 2024, to exchange respective time and pay records for good cause shown.

Plaintiffs have filed the instant action, claiming unpaid wages and seeking recovery pursuant to the Fair Labor Standards Action.  As a matter of background, on December 7, 2023, the Court entered its Scheduling Order.  Doc. 32.  Pursuant to the Scheduling Order, on or before December 28, 2023, Plaintiffs are required to serve to Defendants "[a]ll documents in Plaintiff's possession,

1

custody, or control that pertain to the unpaid wages claimed in the Complaint[;]" and, Defendants are required to serve to Plaintiff "[a]ll time sheets and payroll records in Defendant[s'] possession, custody, or control that pertain to work performed by Plaintiff[s] during the time period for which Plaintiff[s] claim unpaid wages." *Id.*

The Scheduling Order provides that "[e]ither party, for good cause shown, may move to alter this schedule should the circumstances so warrant." *Id.* at ¶ 13. In addition, Federal Rule of Civil Procedure 6(b)(1) provides "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1). "'Good cause' is a well-established legal phrase." *Larweth v. Magellan Health, Inc.*, No. 6:18-cv-823-Orl-41DCI, 2019 U.S. Dist. LEXIS 23720, at *32 (M.D. Fla. July 16, 2019). "Although difficult to define in absolute terms, [good cause] generally signifies a sound basis or legitimate need to take judicial action." *Id.* (citation omitted). Moreover, "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (*quoting Chambers v. NASCO, Inc.*, 501 U.S. 32, 43, 111 S. Ct. 2123, 115 L. Ed. 2d 27 (1991)).

The Parties' request an extension to exchange records for the following good cause shown. The Parties have begun collecting the requisite time and pay records, and other responsive documents; however, the intervening holidays and office closures have caused some delay. The additional time will enable the Parties time to identify and gather the appropriate responsive documents, and review, organize, and produce them.

For these reasons, the Parties respectfully request that the Court grant this Motion and extend the deadline to exchange time and pay records from December 28, 2023, through and including January 11, 2024.

## LOCAL RULE 3.01(G) CERTIFICATION

On December 25, 2023, counsel for the Parties exchanged correspondence regarding the relief requested in this Motion and have agreed to file this requested Joint Motion.

Dated this 27th day of December, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Jamie White*
Jamie L. White, Esq.
Florida Bar No. 100018
jamie@spirelawfirm.com

RTRLAW
3333 W. Commercial Blvd, Suite 200
Ft. Lauderdale, Florida 33309

By: */s/ Brandon J. Gibson*
Brandon J. Gibson, Esq.
Florida Bar No. 99411
bgibson@rtrlaw.com

marcela@spirelawfirm.com
filings@spirelawfirm.com      *Attorneys for Plaintiffs*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiffs' counsel, Brandon J. Gibson, RTRLAW, 3333 W. Commercial Blvd, Ste. 200, Ft. Lauderdale, Florida 33309 bgibson@rtrlaw.com

*/s/ Jamie L. White*
Attorney