UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 23-cv-745-WWB-LHP

QAMAR LEWIS, and REGINALD
MARSHALL-HOWARD,

    Plaintiffs,

v.

OPG SECURITY, LLC, and
DUANE S. BROOM II,

    Defendants.

_____/

## NOTICE OF APPEARANCE

Jordan R. Parks, Esquire of Spire Law, PLLC, hereby gives notice of her appearance as co-counsel for Defendants OPG Security LLC and Duane S. Broom, II. ("Defendants") in the above-styled cause and requests that copies of all motions, notices, and other pleadings and papers filed or served in this cause be furnished to the undersigned. Attorney Jamie L. White, Esq. remains as Lead Counsel for Defendants and should continue to receive all motions, notices, and other pleadings and papers in this matter.

Dated this 10th day of January, 2024.

        Respectfully submitted,

        SPIRE LAW, PLLC
        2572 W. State Road 426, Suite 2088
        Oviedo, Florida 32765
        (407) 494-0135

        By: */s/ Jordan R. Parks*
        Jordan R. Parks, Esq.
        Florida Bar No. 1041275
        Jamie L. White, Esq.
        Florida Bar No. 100018
        jordan@spirelawfirm.com
        jamie@spirelawfirm.com
        marcela@spirelawfirm.com
        filings@spirelawfirm.com
        *Counsel for Defendants*

## Certificate of Service

I hereby certify that on this 10th day of January, 2024, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiffs' counsel Brandon J. Gibson of RTRLAW at 3333 West Commercial Blvd, Suite 200, in Ft. Lauderdale, Florida 33309 at bgibson@rtrlaw.com

        */s/ Jordan R. Parks*
        Attorney