1. During what period of time were you employed by the Defendant? July 27, 2021 - January 26, 2023

2. Who was your immediate supervisor? Rob Sauvao and Josh Ortiz

3. Did you have a regularly scheduled work period? If so, specify. I was scheduled weekly as needed but usually at least 47 hours a week.

4. What was your title or position? Briefly describe your job duties. Security Officer armed and unarmed

5. What was your regular rate of pay? Ususally $13/hr and $15 when armeed

6. What is the nature of your claim (check all that apply)?

   \_\_\_\_\_Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   \_\_\_\_\_Misclassification (Defendant mistakenly classified you as exempt from overtime);

   \_\_x\_\_Miscalculation (Defendant failed to correctly calculate your compensation);

   \_\_\_\_\_Other (Please describe):

7. Provide an accounting of your claim, including: (based on an estimated 7 hrs a week

   (a) dates       7/27/21    -    1/26/23

   (b) regular hours worked  3,080

   (c) over-time hours worked      539

   (d) pay received versus pay claimed $47,047.00/ $50,550.50

   (e) total amount claimed     $3,503.50

8. If you have brought this case as a collective action: No

   (a) Describe the class of employees you seek to include in this action.
   (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case. $400/hr 11.5 hours = $4,600.00

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? March 17, 2023

11. Was this complaint written or oral? (If a written complaint, please attach a copy). Written,

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

12. What was your employer's response? (If a written response, please attach a copy).

_____
**Reginald Marshall-Howard**

STATE OF FLORIDA
COUNTY OF Orange

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, Reginald Marshall-Howard, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of ___ physical presence or ___ online notarization, on this 18th day of January, 2024.

NOTARY PUBLIC

Notary Stamp

Notary Public State of Florida
Chetana Janak Patel
My Commission HH 419921
Expires 7/10/2027

_____
Signature of Person Taking Acknowledgment
Print Name: Chetana Janak Patel
Title: Notary Public
Serial No. (if any): HH 419921
Commission Expires: 7/10/2027