UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 23-cv-745-WWB-DCI

QAMAR LEWIS and
REGINALD MARSHALL-HOWARD

    Plaintiff,

v.

OPG SECURITY LLC and
DUANE S. BROOM II

    Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS/ SUBSTITUTION**

Plaintiffs' Counsel of record, BRANDON J. GIBSON, ESQ., from the law firm of KellerGibson, PLLC, hereby gives notice of changing Law Firms from RTRLAW, LLP to KellerGibson, PLLC., 3800 Inverrary Blvd. Ste 400D, Lauderhill, FL 33319; Telephone: (954) 237-8093; Fax (954) 637-6855; Email: bgibson@kellergibson.com. Mr. Gibson will continue to represent the Plaintiffs however KellerGibson, PLLC will be substituted for RTRLAW, LLP

Respectfully submitted,

**/s Brandon J. Gibson**
Brandon J. Gibson, Esq.
Fla. Bar No.: 0099411
bgibson@kellergibson.com
KELLERGIBSON, PLLC
3800 W. Inverrary Blvd. Ste 400D
Telephone: (954) 237-8093

Facsimile: (954) 637-6855
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who is not authorized to receive electronically Notices of Electronic Filing.

By: /s/ ***Brandon J. Gibson***
BRANDON J. GIBSON, ESQ.

<u>**SERVICE LIST**</u>
**QAMAR LEWIS and REGINALD MARSHALL-HOWARD v. OPG SECURITY LLC**
CASE NO. 23-cv-00745-

**United States District Court, Middle District of Florida**

| | |
|---|---|
| BRANDON J. GIBSON, ESQ. | JAMIE L. WHITE, ESQ. |
| E-mail: bgibson@kellergibson.com | SPIRE LAW, LLC |
| KELLERGIBSON, PLLC | 2752 W. State Road 426, Suite 2088 |
| 3800 W. Inverrary Blvd., Ste. 400D | Oviedo, Florida 32765 |
| Lauderhill, FL 33319 | Telephone: (407) 494-0135 |
| Telephone: (954) 237-8093 | jamie@spirelawfirm.com |
| Fax: (954) 687-6855 | marcela@spirelawfirm.com |
| *Counsel for Plaintiffs* | filings@spirelawfirm.com |
| | *Attorneys for Defendants* |