UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

QAMAR LEWIS and
REGINALD MARSHALL-
HOWARD

     Plaintiffs,

v.

OPG SECURITY LLC and
DUANE S. BROOM II

     Defendants.
_____/

Case No: 23-cv-745-WWB-DCI

## JOINT MOTION TO EXTEND DEADLINE TO CONTINUE SETTLEMENT DISCUSSIONS, SUBMIT JOINT REPORT REGARDING SETTLEMENT, AND INCORPORATED MEMORANDUM OF LAW

Defendants OPG Security LLC and Duane S. Broom II and Plaintiff Reginald Marshall-Howard, by and through their respective undersigned counsel hereby request an extension of the deadline to continue settlement discussions and file their joint report regarding settlement through and including March 27, 2024, for good cause shown.

In accordance with this Court's Scheduling Order, the Parties were required to meet and confer in a good faith effort to settle all pending issues no later than February 15, 2024, and required to file a report regarding settlement no later than March 6, 2024. Doc. 32. The Parties, through counsel, met and conferred in person in good faith efforts to settle Plaintiff's claims on February 8, 2024, and have

continued efforts through email with exchanges of offers and counteroffers.

The Court's Order provides "in the event that the parties are unable to settle the case in the time provided above but wish to continue settlement discussions for a specific period of time, the parties shall file a motion requesting an extension of time to file the settlement report [and] [t]he motion must state good cause for the extension of time." *Id.* This Motion follows.

Federal Rule of Civil Procedure 6(b)(1) provides "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1). "'Good cause' is a well-established legal phrase." *Larweth v. Magellan Health, Inc.*, No. 6:18-cv-823-Orl-41DCI, 2019 U.S. Dist. LEXIS 237206, at *32 (M.D. Fla. July 16, 2019). "Although difficult to define in absolute terms, [good cause] generally signifies a sound basis or legitimate need to take judicial action." *Id.* (citation omitted). Moreover, "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43, 111 S. Ct. 2123, 115 L. Ed. 2d 27 (1991)).

There is good cause for an extension of the deadline to continue settlement discussions and submit a report regarding settlement. The Parties continue to engage in good faith settlement negotiations, which have been delayed some due the Parties additional investigation into Plaintiff's claims and Defendants' defenses, exchange of additional documents, and unavailability of one of the Parties due to a personal health matter. The Parties would like additional time to continue settlement discussions and submit a report regarding settlement. The Parties suggest that this additional time may provide for continued, meaningful settlement discussions.

Based on the foregoing good cause and the Court's inherent authority to manage its docket, the Parties request that the Court grant this Motion, and extend the deadline for the Parties to continue settlement negotiations and to file a joint report regarding settlement up to and including March 27, 2024.[1]

Respectfully submitted this 6th day of March, 2024.

| /s/ Brandon J. Gibson | /s/ Jamie L. White |
|---|---|
| Brandon J. Gibson, Esq. | Jamie L. White, Esq. |
| Email: bgibson@kellergibson.com | Florida Bar No. 100018 |
| Florida Bar No. 0099411 | Jordan R. Parks, Esq. |
| KELLERGIBSON, PLLC | Florida Bar No. 1041275 |
| 3800 Inverrary Blvd | SPIRE LAW, PLLC |
| Ste. 400D | 2752 W. State Road 426 |
| Lauderhill, Florida 33319 | Suite 2088 |
| Telephone: (954) 237-8093 | Oviedo, Florida 32765 |

---

[1] A three-week extension is requested instead of shorter due to pre-planned travel of defense counsel who will be unavailable March 15-March 25, 2024.

| | |
|---|---|
| Facsimile: (954) 637-6855 | Telephone: (407) 494-0135 |
| *Counsel for Plaintiff* | jamie@spirelawfirm.com |
| | jordan@spirelawfirm.com |
| | marcela@spirelawfirm.com |
| | filings@spirelawfirm.com |
| | *Attorneys for Defendants* |

### Certificate of Service

I hereby certify that on this 6th day of March, 2024, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel Brandon J. Gibson of KELLERGIBSON, PLLC, 3800 Inverrary Blvd, Ste. 400D, Lauderhill, Florida 33319.

/s/ *Jamie White*
Attorney